TO: Pro-Se Intake unit   22cv7222        1/17/23
FROM: Kwaine Thompson # 349-19-01450
G.R.V.C  09-09 Hazen st
East Elmhurst, NY, 11370

I'm writing you to inform you of my change address. For now on you can forward my mail to the above address. Sincerely Kwaine Thompson

P.S Can you send me my Docket #'s for my pending cases?

Thanks Again
Sincerely
K.T.



NEW YORK NY 100
2 FEB 2023 PM 12 L

Kwaine Thompson
344-19-01450
G.R.V.C
09-09 Hazen st
East Elmhurst, NY 11370

Pro-Se Intake unit
United States Southern District
court House
500 Pearl St
New York, NY 10007

10007-13098

RECEIVED
SDNY PRO SE OFFICE
2023 FEB -6 PM 2:24